Richard S. McGinty and Yvonne McGinty, Plaintiffs-Appellees, v. Donald L. McBride and Ill. Dari-Delite, Inc., a Corporation, Defendants-Appellants, and Abe Levin, Herman Levin, William Levin, and Harry L. Burger, Co-Partners, Doing Business as Ross-Systems, Defendants.

Gen. No. 11,419.

Second District, First Division.
December 14, 1960.

Karl Yost, of Morrison, for appellants; Lawrence A. Smith, of Savanna, for appellees. Opinion of JUSTICE McNEAL. **Not to be published in full.**